J. BENNETT FRIEDMAN, ESQ., California State Bar No. 147056
*jfriedman@jbflawfirm.com*

FRIEDMAN LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Attorneys for Creditor,
Frontline Medical Associates, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Marisa Nelson and Peter William Nelson,<br><br>Debtors. | CASE NO. 12-15672-TD<br><br>Chapter 7<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE HONORABLE JUDGE, THE CLERK OF THE ABOVE-ENTITLED COURT, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the undersigned, as counsel for Frontline Medical Associates, Inc. ("Frontline"), hereby appears in the above-captioned case pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010.

Frontline requests that all counsel of record provide the following persons with copies of all notices, pleadings, and other filings in the above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

///

1

| | |
|---|---|
| 1 | Frontline Medical Associates, Inc. |
| 2 | c/o J. Bennett Friedman, Esq.<br>FRIEDMAN LAW GROUP, P.C. |
| 3 | 1901 Avenue of the Stars, Suite 1700<br>Los Angeles, California 90067 |
| 4 | Telephone: (310) 552-8210<br>Facsimile: (310) 733-5442 |

5    Please take further notice that the foregoing request includes all notices and papers

6 referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of

7 any application, complaint, demand, hearing, motion, pleading or request, formal or

8 informal, whether conveyed by mail, telephone or otherwise.

9    Frontline additionally requests that the Debtor and Clerk of the Court place the

10 undersigned counsel on any mailing matrix to be prepared or existing in the above-

11 captioned case.

12    Neither this Request for Notice nor any subsequent appearance, pleading, claim,

13 proof of claim, document, suit, motion nor any other writing or conduct, shall constitute

14 waiver of the within party's:

15    A.    Rights to have any and all final orders in any and all non-core matters entered
16          only after <u>de novo</u> review by a United District Court Judge;

17    B.    Rights to trial by jury in any proceeding as to any and all matters so triable
18          herein, whether or not the same be designated legal or private rights, or in any
19          case, controversy or proceeding related thereto, notwithstanding the
20          designation <u>vel non</u> of such matters as "core proceedings" pursuant to 28
21          U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute of the
22          United States Constitution;

23    C.    Rights to have the reference of this matter withdrawn by the United States
24          District Court in any matter or proceeding subject to mandatory or
25          discretionary withdrawal; and

26

27

28

1  D.   Other rights, claims, actions, defenses, setoffs, recoupments or other matters
2       to which this party is entitled under any agreements or at law or in equity or
3       under the United States Constitution.
4       All of the above rights are expressly reserved and preserved unto this party without
5 exception and with no purpose of confessing or conceding jurisdiction in any way by this
6 filing or by any other participation in these matters.
7
8 DATED: March 9, 2012                FRIEDMAN LAW GROUP, P.C.
9
10
                                      By: _____
11                                        J. BENNETT FRIEDMAN, ESQ.
                                          Attorneys for Creditor
12                                        Frontline Medical Associates, Inc.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In re: | | CHAPTER | 7 |
|---|---|---|---|
| In re Marisa Nelson and Peter William Nelson | Debtor(s). | CASE NUMBER | 12-15672-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1901 Avenue of the Stars, Ste 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as <u>Request for Special Notice</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/9/12 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Stephen F Biegenzahn        efile@sfblaw.com
- J Scott Bovitz              bovitz@bovitz-spitzer.com
- Michael R Newhouse          mnewhouse@newhouseroussi.com
- Jason M Rund (TR)           trustee@srlawyers.com, jrund@ecf.epiqsystems.com
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/9/12 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/9/12 | Kristen Proctor | /s/Kristen Proctor |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 9013-3.1**

| In re:<br>In re Marisa Nelson and Peter William Nelson<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 12-15672-TD |
|---|---|

## VIA U.S. MAIL

*Debtor's Counsel*
Stephen F. Biegenzahn
611 W. 6th Street, Ste 850
Los Angeles, CA 90017

*Chapter 7 Trustee*
Jason M. Rund
Sheridan & Rund
840 Apollo Street, Ste 351
El Segundo, CA 90245

*United States Trustee*
United States Trustee
725 S. Fugueroa Street, 26th Floor
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    F 9013-3.1