1  J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
    *jfriedman@jbflawfirm.com*
2  BARNEY H. BALONICK, Esq., State Bar No. 277776
    *bbalonick@jbflawfirm.com*

3  FRIEDMAN LAW GROUP, P.C.
   1900 Avenue of the Stars, 11th Floor
4  Los Angeles, California 90067
   Telephone: (310) 552-8210
5  Facsimile: (310) 733-5442

6

7  Attorneys for Creditor,
   Frontline Medical Associates, Inc.

8

9                    UNITED STATES BANKRUPTCY COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11

12 In re                              ) CASE NO:  2:12-bk-15672-TD
                                      )
13                                    ) Chapter 7
   MARISA NELSON and PETER NELSON     )
14                                    ) STIPULATION EXTENDING DEADLINE TO
                                      ) OBJECT TO DISCHARGE OR DENY A
15             Debtors.               ) DISCHARGE
                                      )
16                                    )
                                      )
17                                    ) Date:  [None Required]
                                      ) Time:  [None Required]
18 _____) Place: [None Required]

19

20

21

22         IT IS HEREBY STIPULATED by and between Debtors Marisa Nelson and Peter Nelson

23 ( herein "Debtors") and the following entities:

24         Frontline Medical Associates, Inc.

25         South Bay Surgical and Spine Institute, Inc.

26         Accounts Receivable Acquisitions, LLC

27 2885539.1

28                                    - 1 -
   ──────────────────────────────────────────────────────────────────────
   STIPULATION TO EXTEND DEADLINE TO FILE 523/727 ACTIONS      *Printed on Recycled Paper*

| | |
|---|---|
| 1 | Accounts Receivable Ltd., Inc. |
| 2 | Bastion, LLC |
| 3 | California Device Manufacturers, Inc. |
| 4 | California Health Partners |
| 5 | Castleguard LLC |
| 6 | Coastline DME, LLC |
| 7 | Eagle Eye Imaging Center, LLC |
| 8 | Empyrean Medical Management, LLC |
| 9 | Firstline Health, Inc. |
| 10 | Frontline Medical Associates, Inc. |
| 11 | Fusion Pharmaceuticals, LLC |
| 12 | Gates Mills Ventures, LLC |
| 13 | Gestuet Eichenhain GmbH |
| 14 | Glockner Group, LLC |
| 15 | Greenline Medical Management, LLC |
| 16 | Golden State Pharmaceuticals, LLC |
| 17 | Los Angeles Health Partners Medical Group, Inc./ Los Angeles Health Partners, Inc. |
| 18 | Los Angeles United Medical Management, LLC |
| 19 | Mayfair Medical Ventures, LLC |
| 20 | Mayfield Medical Ventures, Inc. |
| 21 | Millenium Medical Group of San Fernando, Inc. |
| 22 | Millenium Medical Management |
| 23 | Michael Miller Bloodstock, LLC |
| 24 | Munir Uwaydah, M.D., Inc |
| 25 | Orthopaedic Devices, LLC |
| 26 | Progressive Orthopedics, LLC |

1  Prometheus Health, Inc.

2  Schober Group LLC

3  Sentinel Health Medical Group, Inc.

4  South Bay Surgical and Spine Institute, LLC

5  Spider, LLC

6  Springboard, LLC

7  Stronghold

8  Stronghold Capital LLC

9  Munir Uwaydah

10  Paul Turley

11  Farihan Uwaydah

12  Holger Blank

13  (collectively "Entities") through their respective attorneys of record, that:

14  1.  Entities and Debtors have agreed to enter into this Stipulation extending the

15  Entities' deadline to object to the dischargeability of debt or deny the Debtors a discharge for

16  ninety (90) days from May 21, 2012 to allow sufficient time for the Debtors and the Entities to

17  continue to try to informally resolve outstanding issues, conduct informal or formal discovery and

18  review documents from the Debtors; and (ii) granting such other and further relief as this Court

19  deems appropriate.

20  NOW, THEREFORE:

21  1.  Entities and Debtors enter into an agreement (i) extending the Entities' deadline to

22  object to the dischargeability of debt 11 U.S. C. §523 *et seq.* or deny the Debtors a discharge 11

23  U.S. C. §727 up through and including August 19, 2012 to allow sufficient time for the Debtors

24  and the Entities to continue to try to informally resolve outstanding issues, conduct informal or

25  formal discovery and review documents from the Debtors; and (ii) granting such other and further

26  relief as this Court deems appropriate;

27  2885539.1

28  - 3 -

STIPULATION TO EXTEND DEADLINE TO FILE 523/727 ACTIONS    *Printed on Recycled Paper*

1    There is good cause for approving the Stipulation.

2    IT IS SO STIPULATED.

3

4    DATED: May __, 2012            LAW OFFICE OF STEPHEN F. BIEGENZAHN

5

6                        By: _____
                              STEPHEN F. BIEGENZAHN, ESQ.
7                             Attorneys for Debtors
                              Marisa Nelson and Peter Nelson
8

9    DATED: May 16, 2012            BOVITZ & SPITZER

10

11                       By: _____
                              J. SCOTT BOVITZ, ESQ.
12                            Attorneys for Creditor
                              South Bay Surgical and Spine Institute, Inc.
13

14   DATED: May __, 2012            FRIEDMAN LAW GROUP, P.C.

15

16                       By: _____
                              J. BENNETT FRIEDMAN, ESQ.
17                            Attorneys for Creditor Frontline Medical Associates,
                              Inc. and Proposed Attorneys for Accounts Receivable
18                            Acquisitions, LLC, Accounts Receivable Ltd., Inc.,
                              Bastion, LLC, California Device Manufacturers, Inc.,
19                            California Health Partners, Castleguard LLC,
                              Coastline DME, LLC, Eagle Eye Imaging Center,
20                            LLC, Empyrean Medical Management, LLC,
                              Firstline Health, Inc., Frontline Medical Associates,
21                            Inc., Fusion Pharmaceuticals, LLC, Gates Mills
                              Ventures, LLC, Gestuet Eichenhain GmbH, Glockner
22                            Group, LLC, Greenline Medical Management, LLC,
                              Golden State Pharmaceuticals, LLC, Los Angeles
23                            Health Partners Medical Group, Inc./ Los Angeles
                              Health Partners, Inc., Los Angeles United Medical
24                            Management, LLC, Mayfair Medical Ventures, LLC,
                              Mayfield Medical Ventures, Inc., Millenium Medical
25                            Group of San Fernando, Inc., Millenium Medical
                              Management, Michael Miller Bloodstock, LLC,
26                            Munir Uwaydah, M.D., Inc., Orthopaedic Devices,

27                                    - 4 -
28   _____
     STIPULATION TO EXTEND DEADLINE TO FILE 523/727 ACTIONS            PRINTED ON RECYCLED PAPER

1   There is good cause for approving the Stipulation.

2   IT IS SO STIPULATED.

3

4   DATED: May 17, 2012                LAW OFFICE OF STEPHEN F. BIEGENZAHN

5

6                                      By: /s/ Stephen F. Biegenzahn
                                       STEPHEN F. BIEGENZAHN, ESQ.
7                                      Attorneys for Debtors
                                       Marisa Nelson and Peter Nelson
8

9   DATED: May __, 2012                BOVITZ & SPITZER

10

11                                     By: _____
                                       J. SCOTT BOVITZ, ESQ.
12                                     Attorneys for Creditor
                                       South Bay Surgical and Spine Institute, Inc.
13

14  DATED: May 17, 2012                FRIEDMAN LAW GROUP, P.C.

15

16                                     By: /s/ J. Bennett Friedman
                                       J. BENNETT FRIEDMAN, ESQ.
17                                     Attorneys for Creditor Frontline Medical Associates,
                                       Inc. and Proposed Attorneys for Accounts Receivable
18                                     Acquisitions, LLC, Accounts Receivable Ltd., Inc.,
                                       Bastion, LLC, California Device Manufacturers, Inc.,
19                                     California Health Partners, Castleguard LLC,
                                       Coastline DME, LLC, Eagle Eye Imaging Center,
20                                     LLC, Empyrean Medical Management, LLC,
                                       Firstline Health, Inc., Frontline Medical Associates,
21                                     Inc., Fusion Pharmaceuticals, LLC, Gates Mills
                                       Ventures, LLC, Gestuet Eichenhain GmbH, Glockner
22                                     Group, LLC, Greenline Medical Management, LLC,
                                       Golden State Pharmaceuticals, LLC, Los Angeles
23                                     Health Partners Medical Group, Inc./ Los Angeles
                                       Health Partners, Inc., Los Angeles United Medical
24                                     Management, LLC, Mayfair Medical Ventures, LLC,
                                       Mayfield Medical Ventures, Inc., Millenium Medical
25                                     Group of San Fernando, Inc., Millenium Medical
                                       Management, Michael Miller Bloodstock, LLC,
26                                     Munir Uwaydah, M.D., Inc., Orthopaedic Devices,

27                                          - 4 -

28  STIPULATION TO EXTEND DEADLINE TO FILE 523/727 ACTIONS          PRINTED ON RECYCLED PAPER

| | |
|---|---|
| 1 | LLC, Progressive Orthopedics, LLC, Prometheus Health, Inc., Schober Group LLC, Sentinel Health Medical Group, Inc., Spider, LLC, Springboard, LLC, Stronghold, Stronghold Capital LLC, Munir Uwaydah, Paul Turley, Farihan Uwaydah, Holger Blank |
| 2 | |
| 3 | |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -

| In re: | | CHAPTER | 7 |
|---|---|---|---|
| In re Marisa Nelson and Peter William Nelson | Debtor(s). | CASE NUMBER | 12-15672-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as <u>Stipulation Extending Deadline to Object to Discharge or Deny a Discharge</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/17/12** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Stephen F Biegenzahn    efile@sfblaw.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com, bbalonick@jbflawfirm.com;jmartinez@jbflawfirm.com
- Michael R Newhouse    mnewhouse@newhouseseroussi.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.epiqsystems.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **5/17/12** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/17/12 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**